JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758/7301
    Facsimile: (415) 436-6753
    E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-CR-00327-JSW |
| v. | STIPULATION AND [PROPOSED] ORDER |
| JOSE RAMON ESPINAL-CERRATO, | |
| Defendant. | |

    The United States of America, by its attorneys, Joseph P. Russoniello, United States Attorney, and W.S. Wilson Leung, Assistant United States Attorney, of counsel, and defendant Jose Ramon Espinal-Cerrato, by his attorney, Christopher Morales, Esq., respectfully submit this stipulate and proposed order to memorialize the exclusion of time under the Speedy Trial Act from June 24, 2010 through August 5, 2010. The parties hereby stipulate and agree that:

    1.    The parties appeared before the Court for a status conference on June 24, 2010. At this conference, counsel for the defendant, Christopher Morales, Esq., advised the Court that, because of his relatively new appearance as counsel in this matter, he needed additional time to

review discovery and familiarize himself with this case. Accordingly, at the request of the defense, and with the consent of the Government, the Court continued this matter for a further status conference on August 5, 2010 at 2:30 pm.

2. Because the continuance until August 5, 2010 is based on the defense's need to review discovery and prepare for this matter, the parties also agreed that time should be excluded under the Speedy Trial Act until the August 5, 2010 conference. After considering the issue, the Court ordered that time be so excluded until August 5, 2010.

3. Accordingly, it is hereby stipulated and agreed that time under the Speedy Trial Act is excluded from June 24, 2010 through August 5, 2010 in the interests of justice in order to ensure the effective representation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

SO STIPULATED.

Dated: August 2, 2010

CHRISTOPHER MORALES, ESQ.
Counsel for Defendant Jose Ramon Espinal-Cerrato

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: August 2, 2010

W.S. WILSON LEUNG
Assistant United States Attorney

SO ORDERED.

Dated: August 3, 2010

HONORABLE JEFFERY S. WHITE
United States District Judge