JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758/7301
    Facsimile: (415) 436-6753
    E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-CR-00327-JSW |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER |
| JOSE RAMON ESPINAL-CERRATO, | |
| Defendant. | |

    The United States of America, by its attorneys, Joseph P. Russoniello, United States Attorney, and W.S. Wilson Leung, Assistant United States Attorney, of counsel, and defendant Jose Ramon Espinal-Cerrato, by his attorney, Christopher Morales, Esq., respectfully submit this stipulation and proposed order seeking to continue the August 5, 2010 status conference until September 9, 2010, and to exclude time under the Speedy Trial Act until September 9, 2010. The parties hereby stipulate and agree that:

    1.    The parties appeared before the Court for a status conference on June 24, 2010. At this conference, counsel for the defendant, Christopher Morales, Esq., advised the Court that,

because of his relatively new appearance as counsel in this matter, he needed additional time to review discovery and familiarize himself with this case. Accordingly, at the request of the defense, and with the consent of the Government, the Court continued this matter for a further status conference on August 5, 2010 at 2:30 pm.

2. Since their June 24, 2010 appearance, the parties have been conferring in an attempt to resolve this matter short of trial. The parties have made progress but have not, thus far, reached a final disposition. Accordingly, the parties respectfully jointly request that the August 5, 2010 status conference be continued until September 9, 2010 at 2:30 pm for this purpose, as well as to provide the defendant additional time to review the evidence in this case so that he can better decide how to proceed. If this continuance is granted, the parties would also respectfully request that time under the Speedy Trial Act be excluded in the interests of justice until September 9, 2010 for the same reasons, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

SO STIPULATED.

Dated: August 4, 2010

/s/
CHRISTOPHER MORALES, ESQ.
Counsel for Defendant Jose Ramon Espinal-Cerrato

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: August 4, 2010

/s/
W.S. WILSON LEUNG
Assistant United States Attorney

SO ORDERED.

Dated: August 4, 2010

HONORABLE JEFFREY S. WHITE
United States District Judge

-2-